UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:22-CR-28 |
| | ) | |
| v. | ) | |
| | ) | |
| DESHAWN TISDALE | ) | |
| | ) | |

## MOTION TO WITHDRAW

Now comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and respectfully requests to terminate the appearance of AUSA Steven Lee. AUSA Marcela Mateo has entered his appearance as lead counsel for the Government and as such, AUSA Lee respectfully requests to be removed as counsel for the Government.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Steven Lee*

Steven Lee
Assistant United States Attorney
GA Bar No. 614037

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422